**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DIANNA PRESTON, aka DONNA              No. C 09-2262 WHA (PR)
     MAE PRESTON,

11                                          **ORDER GRANTING PETITIONER'S**
               Petitioner,                  **MOTION FOR EXTENSION OF**
12                                          **TIME TO FILE TRAVERSE**
        v.
13
     MARY LATTIMER, Warden,
14
               Respondent.
15   _____/

16

17          Good cause appearing, Petitioner's motion for an extension of time in which to file a

18   traverse is **GRANTED**.  If petitioner wishes to file a traverse, she shall do so within sixty days of

19   the date the answer is filed.

20          **IT IS SO ORDERED.**

21
     Dated: November ___12___, 2009.
22                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27
     G:\PRO-SE\WHA\HC.09\PRESTON2262.EXT-P.wpd
28