IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA PRESTON, aka DONNA MAE PRESTON,<br><br>    Petitioner,<br><br>  v.<br><br>MARY LATTIMER, Warden,<br><br>    Respondent.<br>_____ / | No. C 09-2262 WHA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING MOTION FOR APPOINTMENT OF COUNSEL AND REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket Nos. 12, 15, 16) |

Good cause appearing, respondent's motion for an extension of time, to and including May 14, 2010, in which to file an answer (docket number 16) is **GRANTED**. If petitioner wishes to file a traverse, she shall do so within thirty days of the date the answer is filed.

Petitioner's motion for appointment of counsel (docket number 12) is **DENIED**. Petitioner has presented his claims adequately in the petition, and they are not particularly complex. The interests of justice do not require appointment of counsel at this stage of the case.

As petitioner has paid the filing fee, her application to proceed in forma pauperis (docket number 15) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: April __13__, 2010.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\PRESTON2262.EXT-P.wpd