IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA PRESTON, aka DONNA MAE PRESTON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MARY LATTIMER, Warden,<br><br>　　　　Respondent. | No. C 09-2262 WHA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br><br>(Docket No. 22) |

Good cause appearing, petitioner's request for an extension of time, to and including August 20, 2010, in which to file a traverse (docket number 22) is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July  14 , 2010.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\PRESTON2262.EXT-P.wpd